## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jose G. Rodriguez-Aguilar, being first duly sworn, hereby deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2022. I am currently assigned to the Boston Division, Bangor Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, possession, and distribution of child pornography. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2. I write this affidavit in support of a complaint against Donovan Miller, alleging a violation of Title 18 United States Code, Section 2251(a). I have obtained the information contained in this affidavit from my own investigation and from my discussions with and review of investigative reports and documents prepared by other law enforcement personnel to include Special Agents from Homeland Security Investigations (HSI), Penobscot County Sheriffs Office (PCSO), and Bangor Police Department (BPD), (collectively hereinafter "Investigators"). This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint and arrest warrant.

## STATEMENT OF PROBABLE CAUSE

3. On March 26, 2025, I obtained a federal search warrant from the U.S. District Court for the District of Maine for a cellular telephone (serial number "L5GJ364P7P") (hereinafter "DEVICE") seized from a 16-year-old Minor Victim (herein after MV-1). The

DEVICE was reviewed by various law enforcement entities to include the FBI, PCSO, HSI, and BPD. Through legal process served to Verizon Wireless in April 2025, I was able to obtain the IMEI for subscriber information related to 207-478-2241.[1] The subscriber information yielded that Charter Communications is the current service provider for that phone number and IMEI. Legal process served to Charter Communications in April 2025 yielded that the subscriber of 207-478-2241 is Donovan Miller, Service Address: XXX Finson Rd. Bangor, Maine, effective since February 14, 2024.

4. Within the user accessible space on the DEVICE-2, a WhatsApp[2] chat thread was located of communications between MV-1 and telephone number 207-478-2241. The contact name listed for telephone number 207-478-2241 is "Fly." Open-source research and the legal process described in paragraph 3 above has linked phone number 207-478-2241 to Donovan Miller [3](hereinafter Miller). Further, on March 02, 2024, local law enforcement arrested Miller. Miller signed a personal recognizance bail slip. On that bail slip, he listed his telephone number as 478-2241.[4] Additionally, multiple witnesses interviewed by law enforcement as part of this and other investigations have identified Miller as using the nicknames "Fly", "Fly Foreign", "Joey", and "Black Joey".

5. MV-1 has known Miller since October/November of 2024. The WhatsApp

---

[1] IMEI stands for International Mobile Equipment Identity. It's a unique 15-to-17-digit number that identifies each mobile device, like smartphones, tablets, and smartwatches. It is a essentially a "digital fingerprint."

[2] WhatsApp is a social media instant messaging and voice-over IP service. It allows users to send text, voice messages and video messages, make voice and video calls, share images, documents, user locations, and other content. WhatsApp client application runs on mobile devices. The service requires a cellular mobile telephone number to sign up.

[3] Donovan J. Miller, Date of Birth 1987, Social Security Number xxx-xx-5299, last known address Finson Road, Bangor, Maine 04401.

[4] It is commonly known the Maine state area code is "207." Individuals will frequently provide the seven digits that come after the phone number when they have a Maine-based phone number.

chat thread observed between MV-1 and Miller started on or about February 02, 2025 and ended on or about March 20, 2025.

6. On February 2, 2025, Miller requested that MV-1 send him some pictures and stated, "let me see you sexy ass." In response, MV-1 sent Miller a series of images of herself posing clothed, sometimes exposing her cleavage, in front of a mirror and on a bed. Three of these photographs are government's **EXHIBIT 1**.

7. On February 2, 2025, at 4:47:21 PM: Miller wrote, "Show some other pictures." On February 20, 2025, he made the same request at 8:49:06 PM. MV-1 responded approximately a minute later with several photos of herself clothed and posed in a suggestive manner.

8. Miller responded to MV-1 with several messages, including, "I want some sexy ass pictures can't wait to see you;" "Send them other pictures in ur phone;" "You got the best body I can't wait wait to see you it's been a lil min;" "Flood me bae;" "With pictures I want all them;" and "Make some video for me."

9. On February 21, 2025, at 8:53:52 AM: Miller messaged MV-1: "Send me some pussy pictures." Shortly following this message, between 8:54:06 AM and 9:42:58 AM, the following exchange occurred between Miller and MV-1:

- <u>MV-1</u>: "They won't lie, but I tried to send those ones last night and it didn't work"
- **<u>Miller</u>**: "I'm going to give you some good dick"
- <u>MV-1</u>: "They won't load"
- <u>MV-1</u>: "Like Yu always do wen ever we fuck"[5]

---

[5] Based on the context of these messages between Miller and MV-1, investigators believe that Miller has had sexual relations with MV-1.

- **Miller**: "Send them to my phone"

- **Miller**: "Are do it one by one"

- **Miller**: "Thts why"

- **Miller**: "You can't send them all at one time"

- MV-1 sent Miller an image of MV-1 that appears to be of her cleavage while laying down.

- **Miller**: "Send it to my number"

- **Miller**: "2074782241"

- MV-1 informed Miller that the images were not sending due to her not having reliable WIFI.

- **Miller**: "I want to see that body"

- **Miller**: "I love it"

- MV-1 subsequently sent Miller an image of MV-1 kneeling on a bed, clothed, exposing her cleavage, stomach, and thighs.

10. At approximately 10:00 AM on March 16, 2025, Miller messaged MV-1, "So ur phone on on like u could send pictures on type shit" and "So if u send pictures they come thrw." Approximately two minutes later, Miller messaged MV-1, "Let me see tht pretty ass pussy" and "Yea let see tht pussy wake me up lol." At 10:05:44 AM, MV-1 responded to Miller's request by sending an image of a white female's exposed vagina with the female's hand posed on top of her vagina. This photograph is Government's **EXHIBIT 2**. The image is consistent with other Child Sexual Abuse Material (CSAM) that was identified and located of MV-1 within the DEVICE. MV-1's DEVICE contained many images and videos of Child Sexual Abuse Material (CSAM) of MV-1 that depicted MV-1 engaged in sexual acts. The CSAM of MV-1 often contained visual depictions of a white female's vagina and lower torso area. Some of the CSAM of MV-1 depicted MV-1's face

and vagina within the same CSAM. The image of CSAM marked as Exhibit 2 is consistent with the other CSAM that was identified and located of MV-1 within DEVICE Miller responded to the picture by sending the following messages and request:

- "Lit love it"
- "Take some from the back"
- "Damn I love that (cat emoji)"[6]

11. In conclusion, as evidenced by the above messages and exchanges with MV-1, Miller specifically requested a photograph from MV-1 of her vagina and shortly thereafter, MV-1 sent Miller an image of a white female's vagina. Investigators believe that the image of the white female's vagina belongs to MV-1.

12. I, Jose G. Rodriguez-Aguilar, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated: May ____, 2025

_____
Jose G. Rodriguez-Aguilar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: May 06 2025

City and state: Bangor, ME

_____
Judge's signature
John C Nivison U.S. Magistrate Judge
Printed name and title

---

[6] Based on my training and experience, I know that this emoji is meant to represent a vagina.

5